IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                                    CRIMINAL 13-0014CCC

TOMAS AMBRIORIS SANTIAGO-MARTINEZ,
a/k/a Tomás Santiago-García

Defendant

**ORDER**

Having considered the Report and Recommendation filed on January 16, 2013 (**docket entry 21**) on a Rule 11 proceeding of defendant Tomás Ambrioris Santiago-Martínez held before U.S. Magistrate Judge Camille L. Vélez-Rivé on January 11, 2013, to which no objection has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since January 11, 2013.  The **sentencing hearing is set for April 16, 2013 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on February 8, 2013.


                                    S/CARMEN CONSUELO CEREZO
                                    United States District Judge